**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

GARY HUGH CURTIS

                                                                                                              PLAINTIFF

vs.                                                        CIVIL ACTION NO. 3:13-CV-974-HTW-LRA

LAUDERDALE COUNTY, ET AL                                              DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The defendants' motion for summary judgment [docket no. 45] is granted and the plaintiff's motion to dismiss the defendant's motion for summary judgment [docket no. 50] is denied.

**SO ORDERED AND ADJUDGED, this the 26th day of November, 2014.**

                                                                                s/ HENRY T. WINGATE
                                                                                UNITED STATES DISTRICT JUDGE